IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **TYLER CHRISTIAN MOWE,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 23-cv-00197-SRB |
| KILOLO KIJAKZI **Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

____ Jury Verdict.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

X   Decision by Court.   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

this matter is REVERSED AND REMANDED to the Social Security Administration.

October 20, 2023                              Paige Wymore-Wynn
 Date                                          Clerk of Court

                                              /s/ Sara Borneman
                                              (by) Deputy Clerk